## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 14th day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Carl N. Kunz, III, Esquire
*Morris, James, Hitchens &*
   *Williams LLP*
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

                                                   Mary E. Augustine (No. 4477)